IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADEN POITRA and<br>DENNIS DJ SALINAS | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 922(g)(1), 922(g)(3), 924(a)(8), 924(c)(1)(A), 924(o) and 2119; 21 U.S.C. §§ 841(a)(1); 841(b)(1)(A) and 18 U.S.C. § 2 |

COUNT ONE

**Carjacking Resulting in Serious Bodily Injury**

The Grand Jury Charges:

On or about September 17, 2025, in the District of North Dakota,

BRADEN POITRA and DENNIS DJ SALINAS,

with the intent to cause death and serious bodily harm, took a motor vehicle, a 2003 green Toyota Camry with Minnesota license plate RWR954, that had been transported, shipped, and received in interstate and foreign commerce, from Victim–1 by force, violence, and intimidation, resulting in serious bodily injury, that is, BRADEN POITRA shot Victim–1 with a firearm, resulting in Victim–1's leg being struck by a bullet, that caused extreme physical pain, protracted and obvious disfigurement, and protracted loss and impairment of the function of a bodily member, organ, or mental faculty to Victim–1;

In violation of Title 18, United States Code, Section 2119 and 2.

COUNT TWO

**Using, Carrying, or Possessing a Firearm During
and in Relation to a Crime of Violence**

The Grand Jury Further Charges:

On or about September 17, 2025, in the District of North Dakota,

BRADEN POITRA

did knowingly carry and use a firearm, that is, a Canik55, model Mete SF, 9mm caliber pistol bearing Serial Number 24DE10782, and that firearm discharged during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Carjacking Resulting in Serious Bodily Injury, in violation of 18 U.S.C. § 2119, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT THREE

**Conspiracy to Commit a Firearm Offense**

The Grand Jury Further Charges:

On or about September 17, 2025, in the District of North Dakota,

DENNIS DJ SALINAS

did knowingly and intentionally conspire with others, known and unknown to the grand jury, to possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Carjacking Resulting in Serious Bodily Injury, in violation of 18 U.S.C. § 2119, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(o).

## COUNT FOUR

### Possession of a Firearm by a Prohibited Person

The Grand Jury Further Charges:

On or about September 17, 2025, in the District of North Dakota,

BRADEN POITRA,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. 5th Degree Controlled Substance Possession, a felony, in violation of Minn. Stat. § 152.025.2(1), in District Court, County of Clay, State of Minnesota, case number 14-CR-23-4148, with the judgment dated on or about June 20, 2024;

2. Assault – 2nd Degree – Dangerous Weapon, a felony, in violation of Minn. Stat. § 609.222.1, in District Court, County of Clay, State of Minnesota, case number 14-CR-22-2893, with the judgment dated on or about January 19, 2023; and

3. Aggravated Robbery – 1st Degree, a felony, in violation of Minn. Stat. § 609.245.1, in District Court, County of Clay, State of Minnesota, case number 14-CR-19-2024, with the judgment dated on or about March 4, 2020.

did knowingly possess a firearm, that is, a Canik55, model Mete SF, 9mm caliber pistol bearing Serial Number 24DE10782, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE

**Possession with the Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about September 23, 2025, in the District of North Dakota,

BRADEN POITRA

knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

### Possession of a Firearm by a Prohibited Person

The Grand Jury Further Charges:

On or about September 23, 2025, in the District of North Dakota,

BRADEN POITRA,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. 5th Degree Controlled Substance Possession, a felony, in violation of Minn. Stat. § 152.025.2(1), in District Court, County of Clay, State of Minnesota, case number 14-CR-23-4148, with the judgment dated on or about June 20, 2024;

2. Assault – 2nd Degree – Dangerous Weapon, a felony, in violation of Minn. Stat. § 609.222.1, in District Court, County of Clay, State of Minnesota, case number 14-CR-22-2893, with the judgment dated on or about January 19, 2023; and

3. Aggravated Robbery – 1st Degree, a felony, in violation of Minn. Stat. § 609.245.1, in District Court, County of Clay, State of Minnesota, case number 14-CR-19-2024, with the judgment dated on or about March 4, 2020.

did knowingly possess a firearm, that is, a Taurus, model GX4, 9mm caliber pistol bearing Serial Number 1GA56404, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SEVEN

### Possession of a Firearm by a Prohibited Person

The Grand Jury Further Charges:

On or about July 28, 2025, in the District of North Dakota,

### BRADEN POITRA

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. 5th Degree Controlled Substance Possession, a felony, in violation of Minn. Stat. § 152.025.2(1), in District Court, County of Clay, State of Minnesota, case number 14-CR-23-4148, with the judgment dated on or about June 20, 2024;

2. Assault – 2nd Degree – Dangerous Weapon, a felony, in violation of Minn. Stat. § 609.222.1, in District Court, County of Clay, State of Minnesota, case number 14-CR-22-2893, with the judgment dated on or about January 19, 2023; and

3. Aggravated Robbery – 1st Degree, a felony, in violation of Minn. Stat. § 609.245.1, in District Court, County of Clay, State of Minnesota, case number 14-CR-19-2024, with the judgment dated on or about March 4, 2020.

did knowingly possess a firearm, that is, a Para-Ordnance, model P14.45 Signature, .45 caliber pistol bearing Serial Number TJ2622, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT EIGHT

**Possession of a Firearm by a Prohibited Person**

The Grand Jury Further Charges:

On or about July 28, 2025, in the District of North Dakota,

BRADEN POITRA

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess a firearm, that is, a Para-Ordnance, model P14.45 Signature, .45 caliber pistol bearing Serial Number TJ2622, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Indictment,

BRADEN POITRA and DENNIS DJ SALINAS

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), the firearm, ammunition, and other property involved in the commission of the offenses, including, but not limited to, the following:

- One Canik55, model Mete SF, 9mm caliber pistol bearing Serial Number 24DE10782;

- One Taurus, model GX4, 9mm caliber pistol bearing Serial Number 1GA56404;

- Para-Ordnance, model P14.45 Signature, .45 caliber pistol bearing Serial Number: TJ2622;

- Various rounds of 9mm ammunition; and

- Various rounds of .45 ammunition.

A TRUE BILL:

/s/ Foreperson  
Foreperson

/s/ NICHOLAS W. CHASE  
NICHOLAS W. CHASE  
United States Attorney

RML/tah