Case 3:26-cr-00025-PDW *SEALED*   Document 5   Filed 01/28/26   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Braden Poitra<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:26-cr-25 |

RECEIVED
UNITED STATES MARSHAL
JAN 28 2026
DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Braden POITRA ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Carjacking Resulting in Serious Bodily Injury
Using, Carrying, or Possessing a Firearm During and in Relation to a Crime of Violence
Possession of a Firearm by a Prohibited Person
Possession with the Intent to Distribute a Controlled Substance
Aiding and Abetting
Forfeiture Notice

Date:   01/28/2026

/s/ Pamela Bloomquist
*Issuing officer's signature*

City and state:   Fargo, ND

Pamela Bloomquist, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/28/26 , and the person was arrested on *(date)* 1/30/26
at *(city and state)* Fargo, ND .

Date:  1/30/26

*Arresting officer's signature*

Adam Gossen  ATF TFO
*Printed name and title*